STATE of Missouri, Respondent,

v.

Stanley Leon KEARNEY, Appellant.

Stanley Leon KEARNEY, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 64097, 67088.

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant was convicted by a jury trial of first-degree robbery for which he was sentenced to ten years imprisonment. Defendant's Rule 29.15 motion was denied without an evidentiary hearing. Defendant appeals both the judgment entered upon his conviction and the denial of his 29.15 motion, which appeals have been consolidated. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that Defendant's claims of error are without merit. An extended opinion would have no prece-dential value. The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).

Shelley Dorcel MILLS, Appellant,

v.

Eric Scott MILLS, Respondent.

No. 66036.

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 1995.

Melvin L. Raymond, St. Louis, for appellant.

Richard J. Eisen, St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

Appellant, Shelly Dorcel Mills, appeals from a dissolution decree entered in the Circuit Court of the County of St. Louis. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is supported by substantial evidence and is not against the weight of the evidence. As an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.